| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK | |
| Stephen Faltisko,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>Virtuoso Sourcing Group, LLC; and DOES 1-10, inclusive,<br>　　　　　　　　　　Defendants. | Civil Action No.: 1:15-cv-00872<br><br>**COMPLAINT** |

For this Complaint, Plaintiff, Stephen Faltisko, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Stephen Faltisko ("Plaintiff"), is an adult individual residing in West Seneca, New York, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4. Defendant, Virtuoso Sourcing Group, LLC ("Virtuoso"), is a Colorado business entity with an address of 4500 Cherry Creek Drive South, Suite 300, Glendale, Colorado 80246, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

5. Does 1-10 (the "Collectors") are individual collectors employed by Virtuoso and whose identities are currently unknown to Plaintiff. One or more of the Collectors may be joined as parties once their identities are disclosed through discovery.

6.	Virtuoso at all times acted by and through one or more of the Collectors.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. The Debt

7.	Plaintiff allegedly incurred a financial obligation (the "Debt") to an original creditor (the "Creditor").

8.	The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes, which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

9.	The Debt was purchased, assigned or transferred to Virtuoso for collection, or Virtuoso was employed by the Creditor to collect the Debt.

10.	Defendants attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

### B. Virtuoso Engages in Harassment and Abusive Tactics

11.	In or around April 2015, Virtuoso called Plaintiff's girlfriend in an attempt to collect the Debt.

12.	Plaintiff answered the call and informed Virtuoso that he did not reside with his girlfriend.  Plaintiff therefore requested that Virtuoso cease calls to that telephone number.

13.	Nevertheless, Virtuoso called Plaintiff's girlfriend again in an attempt to collect the Debt.

14.	In addition, Virtuoso failed to inform Plaintiff that it was a debt collector calling in an attempt to collect the Debt.

### C. Plaintiff Suffered Actual Damages

15.	Plaintiff has suffered and continues to suffer actual damages as a result of Defendants' unlawful conduct.

16. As a direct consequence of Defendants' acts, practices and conduct, Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## COUNT I
## VIOLATIONS OF THE FDCPA - 15 U.S.C. § 1692, *et seq.*

17. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

18. Defendants' conduct violated 15 U.S.C. § 1692b(1) in that Defendants contacted Plaintiff's girlfriend for a purpose other than to confirm or correct location information.

19. Defendants' conduct violated 15 U.S.C. § 1692d in that Defendants engaged in behavior the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with collection of the Debt.

20. Defendants' conduct violated 15 U.S.C. § 1692e in that Defendants used false, deceptive and/or misleading representations or means in connection with collection of the Debt.

21. Defendants' conduct violated 15 U.S.C. § 1692e(11) in that Defendants failed to inform Plaintiff that calls were an attempt to collect the Debt.

22. Defendants' conduct violated 15 U.S.C. § 1692f in that Defendants used unfair and unconscionable means to collect the Debt.

23. The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the FDCPA.

24. Plaintiff is entitled to damages as a result of Defendants' violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in Plaintiff's favor and against Defendants as follows:

1. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);

3. The costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3);

4. Punitive damages; and

5. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: September 30, 2015

    Respectfully submitted,

    By: */s/ Sergei Lemberg*_____

    Sergei Lemberg, Esq. (SL 6331)
    LEMBERG LAW, LLC
    1100 Summer Street, 3d Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorneys for Plaintiff