UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephen Faltisko,<br><br>          Plaintiff,<br>     v.<br><br>Virtuoso Sourcing Group, LLC; and DOES 1-10, inclusive,<br><br>          Defendant. | Civil Action No.:  1:15-cv-00872-JTC |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 18, 2015

                Respectfully submitted,

                PLAINTIFF, Stephen Faltisko

                /s/ Sergei Lemberg

                Sergei Lemberg, Esq. (SL 6331)
                **LEMBERG LAW, L.L.C.**
                300 International Drive, Suite 100
                Williamsville, NY 14221
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                slemberg@lemberglaw.com
                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg