UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephen Faltisko, | : |
| | : |
| | : Civil Action No.: 1:15-cv-00872-JTC |
| Plaintiff, | : |
| v. | : |
| | : |
| Virtuoso Sourcing Group, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Stephen Faltisko ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 7, 2016

                                                                                           Respectfully submitted,

                                                                                 By: <u>/s/ Sergei Lemberg</u>

                                                                                 Sergei Lemberg (SL 6331)
                                                                                 LEMBERG LAW, L.L.C.
                                                                                 300 International Drive, Suite 100
                                                                                 Williamsville, NY 14221
                                                                                 Telephone: (203) 653-2250
                                                                                 Facsimile: (203) 653-3424
                                                                                 Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg

                                                Sergei Lemberg